# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Deborah Stevens,                                         :
                                    Petitioner    :
                                                              :
          v.                                              :
                                                              :
Unemployment Compensation                  :
Board of Review,                                    :
                                    Respondent :          No. 767 C.D. 2015


# **O R D E R**


AND NOW, this 17th day of February, 2016, it is hereby Ordered that Respondent's Application for Reconsideration is granted and the Unemployment Compensation Board of Review's order is affirmed. While we found a necessitous and compelling reason for Petitioner Deborah Stevens to leave her employment, she made no claim for benefits for the period during which she was apparently eligible.


MARY HANNAH LEAVITT,
President Judge